```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42303
    THEODORE BUSH HUDSON JR
    RUENEICE RITA HUDSON                        CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-1126      SSN XXX-XX-0135
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/15/04 and confirmed on 01/07/05.

    2.  The case was dismissed after confirmation, 09/14/2007.

    3.  The Debtor paid a total of $  90730.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | 69904.00 | .00 | 69904.00 |
| FIRST MIDWEST BANK | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 12750.00 | 1542.23 | 6778.58 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 519.70 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ZION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CROSSINGS BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| CUNA MUTUAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CUTCO VECTOR | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 1139.83 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 490.89 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6599.61 | .00 | .00 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 410.45 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 7780.66 | .00 | .00 |
| NEST MASTERS II | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NORTH SHORE GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE SANITATION D | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE SANITATION D | UNSECURED | NOT FILED | .00 | .00 |
| ASTA II PROVIDIAN NATION | UNSECURED | 6799.18 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SBC SOUTHWESTERN BELL | UNSECURED | NOT FILED | .00 | .00 |

```
RESURGENT CAPITAL SERVIC  UNSECURED         357.78              .00          .00
SOUND & SPIRIT            UNSECURED      NOT FILED              .00          .00
SPORTS ILLUSTRATED        UNSECURED      NOT FILED              .00          .00
SPRINT                    UNSECURED      NOT FILED              .00          .00
BRADFORD EXCHANGE         UNSECURED      NOT FILED              .00          .00
EASTON PRESS              UNSECURED      NOT FILED              .00          .00
WARREN CEMETERY & MAUSOL  UNSECURED        5839.20              .00          .00
FORD MOTOR CREDIT CO      UNSECURED        1585.27              .00          .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE    6227.60              .00      3447.08
PATRICK ODELL NYERO       SECURED          6614.00           720.05      2015.62
     Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED     PRIORITY     UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   95495.60          .00      31522.57          .00   127018.17
PRINCIPAL PAID       82145.28          .00           .00          .00    82145.28
INTEREST PAID         2262.28          .00           .00          .00     2262.28
TOTAL PAID           84407.56          .00           .00          .00    84407.56
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   3622.44 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                            PAGE  2
      CASE NO. 04 B 42303 THEODORE BUSH HUDSON JR & RUENEICE RITA HUDSON